# STEWART LEE KARLIN LAW GROUP, P.C.
## Daniel E. Dugan, Esq.
### 111 John Street, 22nd Floor
### New York, New York 10038
### (212) 792-9670/Office
### (844) 636-1021/Fax

Dan@stewartkarlin.com

**MEMBER OF THE BAR**
**NEW YORK & NEW JERSEY**

**Concentrating in Employment, Education and Insurance Law**
**Website:** www.stewartkarlin.com

March 6, 2026

**VIA ECF**
Hon. Jeannette A. Vargas, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY  10007-1312

>    Re:    Jane Doe v. Icahn School of Medicine
>           26-cv-01734-JAV

Dear Judge Vargas:

I represent Plaintiff in the above-referenced matter.  I am submitting this letter motion pursuant to Your Honor's Rules, to set forth the basis for seeking leave to file under seal the exhibits to Plaintiff's Declaration and the exhibits attached thereto, submitted in support of the request for a Preliminary Injunction.  The reason for the request to file under seal is that these exhibits consist Plaintiff's medical and academic records.  As the entirety of this documentation contains sensitive medical and educational information, sealing is necessary, as redaction would not be practical.

Thank you for your attention to this matter.

Sincerely,


Daniel E. Dugan, Esq.