UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                        :

JANE DOE,                                 :

                 Plaintiff,            :

                                   :            26-CV-01734 (JAV)

        -v-                           :

                                   :                 ORDER

ICAHN SCHOOL OF MEDICINE AT MOUNT SANAI, :

                                   :

              Defendant.         :

                                   :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On March 7, 2026, Plaintiff Jane Doe filed a motion for preliminary injunction.  ECF No. 7.  Plaintiff, however, failed to submit a memorandum of law in support of the motion.  Plaintiff is ORDERED to submit a memorandum of law in support of the motion no later than April 3, 2026.

       SO ORDERED.

Dated:  March 31, 2026                  _____
        New York, New York           JEANNETTE A. VARGAS
                                         United States District Judge