# EXHIBIT A



**From:** Jane Doe <​@icahn.mssm.edu>
**Sent:** Monday, December 15, 2025 4:41 PM
**To:** Arden, Martha <Martha.Arden@mountsinai.org>
**Subject:** Re: Important New Information for Today's Promotions Committee Meeting

Yes, see you soon!

On Mon, Dec 15, 2025 at 12:53 PM Arden, Martha <Martha.Arden@mountsinai.org> wrote:

> I hope you are able to get some rest before the meeting.
>
> See you this evening,
>
> Dr Arden

**From:** Jane Doe <​@icahn.mssm.edu>
**Sent:** Monday, December 15, 2025 12:48 PM
**To:** Arden, Martha <Martha.Arden@mountsinai.org>
**Subject:** Re: Important New Information for Today's Promotions Committee Meeting

Hi Dr. Arden,

Thank you for your help and for offering clarification to the committee. Yes, please let them know I did not request any changes to my accommodations.

1

I'm a little drained after the morning, but I should be okay without a meeting right now.

Thank you again,



On Mon, Dec 15, 2025 at 12:32 PM Arden, Martha <Martha.Arden@mountsinai.org> wrote:

Hi ███,

Thanks for providing this information.  I can advise the committee that you did not request any modifications to your current accommodations, but if you are still concerned I'm happy to discuss.  I have some time around 2:30-3.  If you'd like to speak, let me know,

Dr Arden

**From:** Jane Doe ████████ <████████████████@icahn.mssm.edu>
**Sent:** Monday, December 15, 2025 10:31 AM
**To:** Arden, Martha <Martha.Arden@mountsinai.org>
**Subject:** Important New Information for Today's Promotions Committee Meeting

Dear Dr. Arden,

I am writing to provide important new information relevant to the discussion scheduled for today's Promotions Committee meeting.

Earlier this morning, Disability Services notified me that they had received communication indicating that I had submitted *accommodation requests* to the Office for Curricular Affairs. I would like to clarify that I did not submit any new accommodation requests to OCA, nor did I authorize OCA to engage Disability Services on my behalf.

My recent correspondence concerned whether the proposed remediation plan could be revised in a way that better aligns with my learning needs, given my documented disability. This was a curricular inquiry, not a request for additional disability accommodations. Unfortunately, it appears this distinction may have been misunderstood, and disability-related information was discussed without my knowledge or involvement.

Given the significance of this misunderstanding, I respectfully request that the committee base its deliberations on an accurate account of my actions and intentions:

- I did not request any modification to my official accommodations.

- My inquiry was limited to whether the remediation plan's structure could be adjusted to support my learning needs within the established curriculum.

- I remain fully committed to completing remediation successfully and in accordance with institutional expectations.

I appreciate the committee's attention to this clarification in advance of our meeting and thank you for ensuring that the discussion proceeds with an accurate understanding of the circumstances.

Sincerely,

███████████████████, **MPH**

MD Candidate, Class of 2028

Master of Public Health (MPH) in Health Policy,

The University of North Carolina (UNC) at Chapel Hill Class of 2024

B.S. in Neuroscience & Public Health Studies,

Johns Hopkins University Class of 2022



**Confidentiality Notice:** This electronic mail transmission and any documents, files, or previous email messages attached to it may contain confidential information and are intended solely for the use of the individual or entity to which they are addressed. If you are not the intended recipient, or a person responsible for delivering such information to the intended recipient, you are hereby notified that any further review, disclosure, copying, dissemination, distribution, or use of any of the information contained in or attached to this email transmission is strictly prohibited. If you have received this message in error, please notify the sender immediately by email, discard any paper copies, and delete all electronic files of the message. Thank you for your cooperation.



**OFFICE OF MEDICAL STUDENT AFFAIRS**
**Promotions Committee Meeting**

---

**Date:** 12/15/25   **Time:** 5:00pm          **Location:** Zoom (Virtual)

**Meeting Type**: Committee Meeting          **Called By**: Martha Arden, MD.

**Committee Member Attendance (marked by X):**

| | | | | | |
|---|---|---|---|---|---|
| x | Arden, Martha | x | Lemonious, Tonya | x | Sanders, Jennifer |
| | Babuji, Ashwin | x | Levine, Jake | | Shatzkes, Joshua |
| | Chen, Abigail | x | Londino, Aldo | | Zaretsky, Irina |
| | Fisher, Rebecca | x | Maffucci, Patrick | | |
| x | Fasano, Julie | x | Mehrazin, Reza | | **STUDENT MEMBERS** |
| x | Guillot, Mary | x | Pochert, Samantha | x | ███████████ |
| x | Kahn, Rabeea | x | Popp, Beth | x | ███████████ |

**Ex-Officio Member Attendance (marked by X):**

| | | | |
|---|---|---|---|
| x | Linkowski, Lauren | | Palermo, Ann-Gel |
| x | Parkas, Valerie | | Soriano, Rainier |
| x | Palmer, Jillian | | |

**Guests:** Craig Katz, MD

| Notes | Presenter |
|---|---|
| **Student Presentation:** Jane Doe ███████ <br><br> Dr. Kahn & Dr. Soriano recused per student request <br><br> **History***:* <br><br> ███████ is a Phase 1 MD student in her second year and currently is in Intensive Academic Monitoring. <br><br> She previously appeared before the Promotions Committee in May 2025 regarding her use of the ASCEND retake policy in Anatomy and Neuroscience and her failure of Hematology. In June 2025, she submitted a written update on her planned Hematology remediation (scheduled for July 2025) and | Valerie Parkas |

Prepared by: Jillian Palmer
Date: 06/23/2024

notified the Committee of her failure of the Cardiology module. At that time, the Committee reiterated the Phase 1 progression requirements.

**Key Context**
- Two ASCEND retakes used (Anatomy, Neuroscience)
- Three module failures requiring remediation: Hematology, Cardiology, Renal
- One failed valid remediation: Hematology (64%)
- Multiple outstanding remediation requirements across three modules
- Phase 1 completion deadline: February 9, 2026

**Student presentation: Guest Dr. Beverly Forsyth, advisor**
████████ began her presentation by discussing how she has learned to be successful in medical school with disabilities by incorporating the use of Chat GPT to create study guides; as well as the use of Ambosss and Uworld. She believes these new study strategies helped her in the musculoskeletal course.

For her Renal remediation, she has been working with the Course Director, Dr. Kim, multiple times a week to discuss topics. She will take the remediation exam on Monday, 12/22.

For cardiology, her goal is to sit for the remediation exam on January 8. She reviewed the guide on topics, reviewed the exam for areas of weakness. She is also using Osmosis cardiology review.

She has not requested new accommodations but does have ada concerns and indicated that she needs support to minimize overload. Her disability accommodation allows flexibility in structure of deadlines and timelines.

She referred to her neuropsych evaluation in 2023 (prior to medical school) which said she exhibits distractibility with working memory. The Hematology process for remediation has not provided direct feedback and is not an ADHD friendly plan.

For remediation, she wants targeted guidance. She is seeing improvement in her performance and believes it is punitive to keep testing the same material.

She said the office of curricular affairs contacted the DO to discuss her requests, which she did not agree with. She is asking the committee to award a pass based on her overall improvement. This is a form of passive remediation.

**Questions from Committee:**
Q. With ADHD management, have you been able to get time and a half with a distraction free environment?
A. Yes, based on other medical considerations.

Q. Has this been working?
A. Accommodations have helped processing material on page but not to show progress.

Q. Have you envisioned next 6-8 weeks? How will Step 1 play into this?
A. Sees remediations as step prep. She will look at her final CBSE score and see – or she may defer if she is not at passing threshold.

Q. What is passive remediation?
A. Option of awarding a pass or looking at knowledge gap. Instead of a 50 point exam, looking only at areas of knowledge gap.

Q. How do you get feedback from the CAS?
A. Students receive their scores and topic analysis. For Renal, the course remediation was a course wide analysis of deficit areas

**Discussion:**
The committee wondered and discussed what obligation is for them in this meeting. The charge is to provide support and a timeline. The remediation is up to the course directors and we do not change grades.

In reference to step prep, the committee discussed the CBSE and whether students understand areas of deficit. The NBME doesn't allow review of single items, but the Access Insights area shows topics that they did well or did not do so well on.

She's asking for more specific and more global issues in other courses.

There was discussion on whether the committee should recommend supportive measures for remediation and recommend not taking boards at this time.

The Committee wondered what could be realistic for next steps, including LOA, dismissal, and deceleration. At this point in time, it was determined we are not there yet.

They discussed her presentation and the responsibility for lifelong learning. She externalized the issues.

**Motion:**
Jenny Sanders –
- Place student on academic probation.
- She must complete her renal remediation by December 31, see her at the January 12 meeting (so she can provide update on meetings with course director, any additional prep, and outline her timeline). At the meeting, they will assess her overall progress.
- Completion to progress, February 9
- Continue tutoring
- Continue meetings with Dr. Linkowski
- Statement about outcomes if unsuccessful
- Statement about commitment to supporting patients

Mary Guillot second

Vote:
In favor: 13
Opposed: 0
Abstain: 0

Valerie Parkas

Prepared by: Jillian Palmer
Date: 06/23/2024

| | |
|---|---|
| Rabeea Kahn joined meeting<br>**Student Update: Section Redacted** | |
| **Student Update 2: Section Redacted**<br>**Update:** | Valerie Parkas |

| Action Items: | Responsible Person | Due Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Recommendations: |
|---|

**Other Notes or Information:**

Prepared by: Jillian Palmer
Date: 06/23/2024