# EXHIBIT D

Case 1:26-cv-01734-JAV     Document 15-4     Filed 04/15/26     Page 1 of 5



**OFFICE OF MEDICAL STUDENT AFFAIRS**
**Promotions Committee Meeting**

---

**Date:** 1/12/26   **Time:** 5:00pm          **Location:** Zoom (Virtual)

**Meeting Type**: Committee Meeting          **Called By**: Martha Arden, MD.

**Committee Member Attendance (marked by X):**

| | | | | | |
|---|---|---|---|---|---|
| x | Arden, Martha | x | Lemonious, Tonya | | Sanders, Jennifer |
| | Babuji, Ashwin | | Levine, Jake | x | Shatzkes, Joshua |
| x | Chen, Abigail | x | Londino, Aldo | | Zaretsky, Irina |
| | Fisher, Rebecca | | Maffucci, Patrick | | |
| x | Fasano, Julie | x | Mehrazin, Reza | | **STUDENT MEMBERS** |
| x | Guillot, Mary | x | Pochert, Samantha | x | ███████████ |
| | Kahn, Rabeea | x | Popp, Beth | x | ███████████ |

**Ex-Officio Member Attendance (marked by X):**

| | | | |
|---|---|---|---|
| x | Linkowski, Lauren | x | Palmer, Jillian |
| x | Paik, Steve | x | Palermo, Ann-Gel |
| x | Parkas, Valerie | x | Soriano, Rainier |

**Guests:** David Thomas, MD; Beverly Forsyth, MD

| Notes | Presenter |
|---|---|
| **Introductions**<br>Dr. Thomas appeared to introduce the new Senior Associate Dean for Student Affairs, Dr. Steve Paik, to the Committee. | |
| **Student Presentation:** ██Jane Doe████████<br><br>Dr. Kahn & Dr. Soriano recused per student request<br><br>**History***:* | Valerie Parkas |

Prepared by: Jillian Palmer
Date: 06/23/2024

███████ is a Phase 1 MD student in her second year and currently is in Intensive Academic Monitoring.

She previously appeared before the Promotions Committee in May 2025 regarding her use of the ASCEND retake policy in Anatomy and Neuroscience and her failure of Hematology. In June 2025, she submitted a written update on her planned Hematology remediation (scheduled for July 2025) and notified the Committee of her failure of the Cardiology module. At that time, the Committee reiterated the Phase 1 progression requirements.

**Key Context**
- ☐ Two ASCEND retakes used (Anatomy, Neuroscience)
- ☐ Three module failures requiring remediation: Hematology, Cardiology, Renal
- ☐ One failed valid remediation: Hematology (64%)
- ☐ Multiple outstanding remediation requirements across three modules
- ☐ Phase 1 completion deadline: February 9, 2026

In the last committee meeting in December, the Committee:

- Placed the student on academic probation.
- indicated must complete her renal remediation by December 31, see her at the January 12 meeting (so she can provide update on meetings with course director, any additional prep, and outline her timeline). At the meeting, they will assess her overall progress.
- Completion of all remediation by Feb 9
- Continue tutoring
- Continue meetings with Dr. Linkowski
- Statement about outcomes if unsuccessful

The Committee reflected on previous discussion of her lack of connection to patient care.
There is discussion of our own policies and her understanding of the process as it relates to appeals and what the committee does; despite communication.

**Student presentation: Guest Dr. Beverly Forsyth, advisor**
Students' laptop needed power, so brief pause,

Since the December meeting, ████ mentioned that she successfully completed her musculoskeletal course and passed the Renal remediation. She passed Renal with a 77. She is nearing completion of her cardiology remediation and has met with Dr. Tomey twice as well as her tutor. She is taking the remediation exam this Thursday (the 15th).

In addition, she is continuing her meetings with Dr. Linkowski and will be doing daily questions. She is actively preparing for Step 1 and indicates that the cardio and pulmonary content is helping prepare her. She took the proctored exam that student affairs offered today and has a structured plan in place so that she can sit for Step 1 on February 11.

As for Hematology, she submitted an appeal and is meeting with Dr. Nestler and Shema Patel to discuss. She is also working with Christine Low, the disability officer, to adjust her accommodations.

**Questions from Committee:**
*Have you met Dr. Nestler yet?* Meet with him tomorrow

<table>
<tr><td>

*Are you meeting with your tutor for each remediation?* She is meeting with them for everything, including what she's doing in the moment. They have a meeting scheduled tonight to review Cardiology.

*Can you explain in more detail the Cardiology remediation plan?* She took two quizzes. The only thing left is the exam. She met with Dr. Tomey after each quiz and found the meetings helpful.

*Do you feel like you are progressing?* Yes

*The remediation timeline you have for Hematology indicates two weeks. Does that include quizzes as well?* There is still a dispute over the structure. She wants to stress the need for targeted feedback and remediation structure.

**Discussion:**
Discussion reflected on where she is now – successful renal remediation, close to completion of cardiology and hematology is still in the air. At the last meeting she wanted to still sit for step and this still is her plan.

The Student Affairs testing day was today, so the learning team does not yet know the results from her practice exam today. But her initial practice exam was low. Lauren has been stressing to her that she must focus on remediations first and foremost.

Her accommodation is in place already.

The committee had questions about when to review her academic probation coming off. What are the next steps for her? Discussion is that the letter said the Committee may review her status upon completion of the remediations.

The committee reflected on next steps if Thursday doesn't go well; and her view of the Nestler discussion versus his, as she described it as a discussion. There were questions about our appeals process and why it went to Nestler. This has been the process for appeals for Promotions; this will be updated under new governance structure, but it is not finalized. And questions whether this process will be completed before the Feb 9 deadline.

A big piece of the discussion is her accommodation request. She is asking for changes in the DO sphere and is hoping someone will make the change. Christine Low reached out to Lauren who referred her to Dr. Soriano for curricular piece and to Dr. Arden to discuss perception around the promotions process. Any changes to her accommodations are not retroactive and only for experiences not yet completed.

The committee did not make a vote as she made progress for this meeting; however a letter will be sent reinforcing her deadlines.

</td><td></td></tr>
<tr><td>

**Review of M2 Class Progression**
Section redacted

</td><td></td></tr>
<tr><td>

**Review of Previous Cases**
Section redacted

</td><td>Valerie Parkas</td></tr>
</table>

Prepared by: Jillian Palmer
Date: 06/23/2024

| Action Items: | Responsible Person | Due Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Recommendations: |
|---|

**Other Notes or Information:**

Prepared by: Jillian Palmer
Date: 06/23/2024