# EXHIBIT I



**Christine Low, MSW, LCSW-R**
**Director, Disability Services**

One Gustave L. Levy Place, Box 1002
New York, NY 10029-6574
Tel: 212-241-4785
Fax: (646) 537-2298



Jane Doe

August 8, 2025

Dear Ms. ███████████,

Your request for accommodations has been reviewed and approved for the following:

- Housing accommodation-medical single at the Aron Hall rate

Approved March 5, 2025

- Stop the clock breaks on CAS exams (max additional 15 minutes of standard test time)

Approved December 20, 2024

- Student may need limited assignment extensions. This accommodation should be used sparingly in the event there is an exacerbation of disability related functional limitations or an unanticipated symptom flare that meaningfully impacts the student's ability to complete the work on time.  This accommodation can be implemented providing the extension does not fundamentally compromise the purpose of the assignment. All work is to be completed before the end of the module or clinical rotation.

    The student will notify faculty of their approved accommodation plan at the start of the module or clinical rotation. Student will notify faculty of the need for this accommodation as soon as possible, but always prior to the assignment deadline to agree on a timeframe for completion of the assignment.

Approved November 19, 2024

- Student may need limited assessment rescheduling in Phase 1. This accommodation should be used sparingly in the event there is an exacerbation of disability related functional limitations, an unanticipated symptom flare.  The student will notify preclerkships@mssm.edu, phase 1 prior to the assessment start time and then follow the unplanned absence process outlined in the student handbook to reschedule the exam. Student will be required to make up the exam during the

scheduled assessment make up days, which can be found in the assessments handbook and on the academic calendar.

Approved June 10, 2024

- Note taking for phase one
- Time and a half on written portion of exams/quizzes
- Distraction reduced test environment
- Stop the clock breaks on shelf, DO and OSCE exams (max additional 15 minutes of standard test time)

Please feel free to contact me if you have additional questions or require further assistance.

Sincerely,

*Christine Low*

Christine Low, MSW, LCSW-R
Director, Disability Services