# EXHIBIT J

| | |
|---|---|
| **From:** | Jane Doe                    <                          @icahn.mssm.edu> |
| **Sent:** | Tuesday, January 6, 2026 12:06 PM |
| **To:** | Low, Christine |
| **Subject:** | Re: Scheduling Meeting to Discuss Support |

Dear Christine,

Following our discussion, I am submitting this formal request to refine my remediation plan for the Hematology block. To address the school's concern regarding "fundamental alterations," I have distinguished my requests as standard pedological practice, ASCEND requirements, precedent from other global and targeted remediations, and reasonable accommodations under the ADA and other federal law.

1. Targeted Assessment (Reasonable Modification Responding to Demonstrated Competency Gaps Under ASCEND Policy)

   o Request: A 30-item focused assessment targeting specific areas of deficiency rather than a global re-test.
   o ADA Justification: My neuropsychologicalist says,  "she will have greater difficulty on tasks that are lengthy and require her to keep track of large amounts of details at once." A global assessment measures my executive processing speed and detail-tracking capacity rather than my knowledge of Hematology. A targeted, shorter assessment is permitted under ADA Title II which requires that administrators ensure "the test results accurately reflect the individual's aptitude, achievement, or whatever other factor the test purports to measure, rather than the individual's impaired sensory, manual, or speaking skills." In a situation where mastery has already been shown on some subtopics, it is most beneficial and equitable to test for competency gaps, especially in a case where there is precedent in doing so in another borderline case (Renal with a module score of 63).This is further supported by  28 C.F.R. § 35.130(b)(7) which allows for reasonable accommodation to prevent such discrimination.
   o Argument Against Fundamental Alterations: This is a modification of format, not content. I am still required to master the same "essential elements" (RBCs, Platelets, Cancer). A 30-item targeted quiz ensures the results reflect my proficiency in the content areas, rather than reflecting my impaired cognitive skills.

2. Targeted Outlined Feedback (Standard Pedagogical Practice; ASCEND requirement that students receive feedback on competency gaps)

   o Request: Detailed feedback within the "three buckets," specifically identifying sub-topics and providing a structured outline with lecture references.
   o ADA Justification: This is not a "special" accommodation; it is standard educational feedback. My neuropsychologist notes I do best when tasks are "organized" and "structured." Making disability-informed changes to a learning plan so that students can be

prepared and evaluated solely on their aptitude is protected by ADA Title II, as is providing the learning resources to do so.

- o Argument Against Fundamental Alterations: Providing specific feedback is the core of remediation. It does not lower academic standards; it provides the "strategy to keep track of information" necessary for any student to correct errors before a final assessment. This is also an ASCEND requirement.

3. Individualized Collaborative Tutoring (Instructor Tutoring Implemented in global Cardiology and targeted Renal remediations without testing requirements to access)

- o Request: Individualized tutoring focused on gap identification and collaborative problem-solving before non-graded assessments.
- o ADA Justification: One-to-one remediation is a recognized "direct service" for students with cognitive processing barriers. It provides the "structured" environment I need to bypass task paralysis, which is a strategy noted in my neuropsychological evaluation. Under ADA Title II (28 C.F.R. § 35.130(b)(7)), I am requesting one-to-one remediation as a Reasonable Modification to the standard remediation policy. This "direct service" acts as an auxiliary aid to ensure Effective Communication of the curriculum, as mandated by the Department of Justice (28 C.F.R. § 35.160), ensuring that my access to the program is as effective as that of my peers.
- o Argument Against Fundamental Alterations: Collaborative tutoring does not change the curriculum. It is a Tier 2/3 intervention (Targeted/Intensive)  under educational frameworks like the Multi-Tiered System of Supports (MTSS) that is designed to provide "specialized instruction," ensuring a student can access the standard curriculum. The US Department of Education considers this an additive accommodation since this does not change the objectives of the process.

In summary, my recent 20-point improvement (from 44 to 64) demonstrates that I am capable of mastering the material. My current plateau is due to a design barrier in the remediation process (unstructured, global, repeated questions, and lengthy). Per 2026 federal guidelines, I am asking for an accessible-by-design remediation path that focuses on quality over quantity to meet the essential requirements of the medical program.

I look forward to your decision on these specific, distinguished requests.

Best,

█████████████████

On Mon, Jan 5, 2026 at 1:34 PM Low, Christine <Christine.Low@mssm.edu> wrote:
  We are confirmed for the 6th at 10am.
  Christine Low is inviting you to a scheduled Zoom meeting.

  Topic: remediation request
  Time: Jan 6, 2026 10:00 AM Eastern Time (US and Canada)
  Join Zoom Meeting
  https://mssm.zoom.us/j/99617568245

Meeting ID: 996 1756 8245

---

One tap mobile
+13017158592,,99617568245# US (Washington DC)
+13052241968,,99617568245# US

---

Join by SIP
• 99617568245@zoomcrc.com

Join instructions
https://mssm.zoom.us/meetings/99617568245/invitations?signature=nfZL5hNyPXXVk4VZVY3rA9tZBM
KtIvgpzP8lb_Fxm60

From: Jane Doe                    <                    @icahn.mssm.edu>
Date: Monday, January 5, 2026 at 1:30 PM
To: Low, Christine <Christine.Low@mssm.edu>
Subject: Re: Scheduling Meeting to Discuss Support

I don't really have a request, which is why I am asking for the meeting. I think a potential
accommodation may become clearer in our conversation. I can do tomorrow at 10 AM.

Thanks,



On Mon, Jan 5, 2026 at 1:27 PM Low, Christine
<Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>> wrote:
I'm happy to meet. It would make our time more constructive to have the request to consider so we can
discuss it or any potential alternatives.
Are you free to meet tomorrow at 10am or 1pm?
Christine

From: Jane Doe                    <                    
          @icahn.mssm.edu<mailto:                    @icahn.mssm.edu>>
Date: Monday, January 5, 2026 at 1:11 PM
To: Low, Christine <Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>
Subject: Re: Scheduling Meeting to Discuss Support

I understand that, it's more about disability support which I think it makes more sense to explain in a
meeting.

On Mon, Jan 5, 2026 at 11:40 AM Low, Christine
<Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<m
ailto:Christine.Low@mssm.edu>>> wrote:

3

Hi ,
Thank you for reaching out. I want to clarify my role so I can best assist you.

I'm not included in decisions related to remediation, and I'm unclear about which remediations you're referring to outside of the requests you previously made to the pre-clerkship team, which I responded to in our earlier correspondence.

To move forward, please send the specific accommodations or considerations you are requesting so they can be reviewed appropriately.

Regards, Christine

From:  @icahn.mssm.edu<mailto: @icahn.mssm.edu><mailto: @icahn.mssm.edu<mailto: @icahn.mssm.edu>>>
Date: Tuesday, December 23, 2025 at 4:50 PM
To: Low, Christine
<Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>
Subject: Scheduling Meeting to Discuss Support

Hi Christine,

Thank you for agreeing to meet. I apologize for the late response, I was in communication with the Promotions Committee and did not want to meet without the full context. I wanted to briefly clarify my intent ahead of our conversation so we can use our time as productively as possible.

I am not seeking a change to the Hematology remediation policy or standards, nor am I asking for an exception or a new process. I fully understand that remediation structure is determined by module leadership and overseen by OCA. My goal in meeting is simply to understand whether there are any practical adjustments or supports within the existing framework that could make the current Hematology remediation more achievable and educational for me, given insights from my recent progress.

From the Renal remediation process and review of my neuropsychological evaluation, I've learned that I am most successful when there is an approach that includes targeted feedback and opportunities to meet with faculty to review concepts. As of now, those elements have not been incorporated into the Hematology remediation practice. I believe these were key to my success in Renal. I believe that requesting these supports to help me remediate successfully would not change the process itself, as the learning objectives, assessments, and standards would remain the same.

As you may have seen, I was successful in Renal remediation with a more focused and structured approach, and I am hoping to explore whether similar forms of guidance or collaboration could support success in Hematology, without altering expectations or requirements. At this stage, my priority is completing remediation effectively and moving forward, rather than revisiting past disagreements. I appreciate your time and willingness to discuss this, and I'm hopeful our conversation can focus on what may be possible within the current structure to support effective learning.

When would you be free to meet? Are you free on Friday?

Best regards,



On Mon, Dec 15, 2025 at 2:42 PM Low, Christine <Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>> wrote:
Good afternoon,
Happy to meet, I am free the 17th at 3. Please confirm if that time works in your schedule.
If that does not work in your schedule, please send some alternate dates/times.
Best, Christine

From: Jane Doe  <
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto: @icahn.mssm.edu>>>>
Date: Monday, December 15, 2025 at 10:04 AM
To: Low, Christine <Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>>
Subject: Re: Summarizing Current Problem with Remediation Sturcture

Hello,

I do not know what email they sent you but I would prefer that you would review it with me before making a decision. I am not sure what they sent you, but without context, it might not be correct. I did not make any ask to them about accommodations. I was speaking about specific situations. If possible, I would appreciate the opportunity to speak with you.

Best,



On Mon, Dec 15, 2025 at 9:22 AM Low, Christine <Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>>> wrote:

████,

Thank you for your email providing consent for me to speak with the ombuds. I have not heard from the ombuds. If you would still like to proceed, please arrange for them to meet with me.

Regarding the remediation plan, the email you sent to me about accommodations was vague, with a lack of detail concerning specific requests. Faculty have forwarded me the email you sent to the Curricular Affairs team, which makes more specific requests, and I have reviewed these requests. The changes requested to the remediation plan are not reasonable, as they would constitute a fundamental alteration to the curriculum and assessments.

Following winter break, there is an eight-week dedicated period that you could use to complete the remediation plan as outlined, using the accommodations that have been put in place to support you. These include:

  * Housing accommodation-medical single at the Aron Hall rate
  * Stop the clock breaks on CAS exams (max additional 15 minutes of standard test time)
  * Student may need limited assignment extensions. This accommodation should be used sparingly in the event there is an exacerbation of disability related functional limitations or an unanticipated symptom flare that meaningfully impacts the student's ability to complete the work on time. This accommodation can be implemented providing the extension does not fundamentally compromise the purpose of the assignment. All work is to be completed before the end of the module or clinical rotation.
  * Student may need limited assessment rescheduling in Phase 1. This accommodation should be used sparingly in the event there is an exacerbation of disability related functional limitations, an unanticipated symptom flare. The student will notify preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>>>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu>>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu><mailto:preclerkships@mssm.edu<mailto:preclerkships@mssm.edu>>>>>, phase 1 prior to the assessment start time and then follow the unplanned absence process outlined in the student handbook to reschedule the exam. Student will be required to make up the exam during the scheduled assessment make up days, which can be found in the assessment's handbook and on the academic calendar.
  * Note taking for phase one
  * Time and a half on written portion of exams/quizzes
  * Distraction reduced test environment
  *
Stop the clock breaks on shelf, DO and OSCE exams (max additional 15 minutes of standard test time)
  *

I want to emphasize that these accommodations provided are to support you in completing the plan

successfully. If you have any questions, please feel free to reach out to me.

Regards, Christine

From:  Jane Doe <
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:                               @icahn.mssm.edu>>>>>
Date: Tuesday, December 9, 2025 at 2:10 PM
To: Low, Christine
<Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>>>
Subject: Re: Summarizing Current Problem with Remediation Sturcture

Hi Christine,

Thank you for your response. You have consent to speak to the ombudsman and disclose any needed information. In this case, it would be to my benefit as I think it would help with getting me appropriate remediation based on my disabilities. Is there anything that you can do outside of the Ombuds meeting to advocate for a remediation that takes my disabilities into account?

Thanks,

Get Outlook for iOS<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwMGaQ&c=shNJtf5dKgNcPZ6Yh64b-ALLUrcfR-4CCQkZVKC8w3o&r=UD2yn1aohKoKcMMzR0egr7PrB3L7MudN71B-iI47rT0&m=lEUGJ2-01o-7fD-nIBAeqBbqi_O_cQ7NHXnnSLr09F0f-T6w2tj3t9cgDneYsj0u&s=dnwTooeYkuThYKoI7OHiornO5nOHb8tRm7fE9yWriHI&e=>
_____
From: Low, Christine
<Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<m

ailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>>>

Sent: Tuesday, December 9, 2025 1:59 PM

To: Jane Doe (Student) <



@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
icahn.mssm.edu<mailto:                          @icahn.mssm.edu>>>>>

Subject: Re: Summarizing Current Problem with Remediation Sturcture

Good afternoon,
I will await outreach from the ombudsman. I am happy to meet and listen but cannot participate in a conversation without appropriate consent from you to share your information. Please send me an email if you wish for me to speak with the ombudsman and specify any restrictions about what can be shared in the conversation.
Regards, Christine

From: Jane Doe <



@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu>><mailto:
@icahn.mssm.edu<mailto:
@icahn.mssm.edu><mailto:
@icahn.mssm.edu<mailto:                          @icahn.mssm.edu>>>>>

Date: Monday, December 8, 2025 at 3:39 PM

To: Low, Christine
<Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu><mailto:Christine.Low@mssm.edu<mailto:Christine.Low@mssm.edu>>>>>
Subject: Summarizing Current Problem with Remediation Sturcture


Dear Christine,


I hope all is well. I wanted to briefly share some context before Ombuds reaches out to you regarding my current remediation situation. Since you already know my disability history, I thought it might be helpful to provide a short summary from the disability perspective.

As you know, I have documented ADHD and epilepsy, and many individuals in OCA are aware of this as well. My disabilities affect executive functioning, cognitive load tolerance, working memory, and emotional regulation under stress. I am also still recovering from a concussion earlier this semester. While my formal exam accommodations have been implemented, the structure and communication around remediation have not aligned with how my disability profile requires information to be processed.

Some of the broader remediation structure has been very global and cognitively demanding, and does not align with the targeted, scaffolded learning approach that allows me to succeed academically. Managing multiple remediations at once without targeted support until this most recent attempt has created cumulative cognitive load that has become a barrier to demonstrating mastery. As you know, under ADA standards, accommodations apply to the full academic process, including remediation structure, pacing, and support (not only timed exams)

Another concern I want to highlight is that during a recent remediation meeting, several comments were made that felt dismissive of my disability-related challenges. Examples include being told:

-"You have disability accommodations which you know how to use," in response to explaining that my ADHD, epilepsy, and concussion symptoms affected performance

-"Other students have been able to get a 66," in reference to a remediation structure that is known to be cognitively demanding and not well-suited to ADHD needs

These statements were difficult to hear and made me feel that my disability-related limitations were being interpreted as personal shortcomings rather than predictable manifestations of my conditions. This made me hesitant to further disclose disability impacts and contributed to significant emotional dysregulation after the meeting. This dysregulation affected my performance in the current module and the pre-meeting conversations also affected my performance at end of the Renal module.

I am not seeking exceptions from academic expectations. I am seeking an ADA-aligned remediation structure that minimizes disability-related overload, reflects how I learn best, and allows me to

9

accurately demonstrate competency.

I would greatly appreciate your help and any guidance you can offer. I hope this is helpful for a meeting with Ombuds.

Best regards,

███████████████, MPH
MD Candidate, Class of 2028
Master of Public Health (MPH) in Health Policy,
The University of North Carolina (UNC) at Chapel Hill Class of 2024
B.S. in Neuroscience & Public Health Studies,
Johns Hopkins University Class of 2022

[https://icahn.mssm.edu/files/ISMMS/Assets/Media/MountSinai_IcahnSchool_Logo.jpg]