# EXHIBIT A

**(Pt. 2)**

# WINTHROP
## *Child Neurology Associates*

January 27, 2017

Re: **Jane Doe**

DOB: 2000

The above named patient is under my care, being treated for: **Epilepsy**. Due to the severity of the condition it is necessary for my patient to receive extra help in school including educational services under Section 504 - Rehabilitation Act.

The recommended accommodations include the following:

☑ **Preferential seating in class**
☑ **Extended time for all test taking (as needed)**
☑ **Test taking in a distraction free environment (as needed)**
☑ **Directions repeated/explained  (as needed)**
☑ **Initiate frequent parent communication (if seizures are suspected)**
☑ **Periodic breaks when needed**
☑ **Extended deadlines**
☑ **Other: counseling**

This will enable the student to achieve the most success in their academic career.  If you have any questions, please feel free to contact my office.

**QUALIFIED STUDENT UNDER SECTION 504**

- Must have a physical or mental impairment which substantially limits a major life activity (e.g., learning).
- Experiences difficulty learning as compared to the average student in national population.
- Must be provided accommodations with the goal of diminishing the deficit between performance and ability.

Thank you in advance for your cooperation in this matter.

Gabrielle Chassagne, M.D.

**Sewanhaka Central High School District**
**77 Landau Avenue**
**Floral Park, NY 11001**
**(516) 488-9853**

Section 504 Committee Recommendation for Continuation of Services

May 4, 2017

To the Parent/Legal Guardian of Jane Doe

RE: Jane Doe

Dear Parent/Legal Guardian of Jane Doe    DOB: ___ 2000 ID#: ___

On April 27, 2017 the Section 504 Committee met. After careful consideration and review, the Committee has recommended that your child continues to be eligible under Section 504 as a student with a disability that substantially limits one or more major life activities and receive accommodations as indicated on the enclosed Section 504 Accommodation Plan.

If you have any questions regarding this notice, please do not hesitate to contact our office. Upon your request, we will arrange a meeting to discuss any questions that you may have about the recommendation. Previously you have received a Section 504 Procedural Safeguards Notice that explains your rights regarding the Section 504 process, but if you need an additional copy, please contact our office.

Sincerely,

*Regina Agrusa*

Regina Agrusa
504 Compliance Officer

Encl.:  Section 504 Accommodation Plan

Case 1:26-cv-01734-JAV    Document 20-2    Filed 04/16/26    Page 4 of 17

Sewanhaka Central High School District
77 Landau Avenue
Floral Park, NY 11001

## SECTION 504 ACCOMMODATION PLAN
### 2017-2018



**STUDENT INFORMATION**

**Student:** Jane Doe
**Address:**
**Contacts:** ▮ Father
▮ Mother
**School Year:** 2017-2018
**Plan Start:** 09/06/2017
**Special Alerts:** Student has epilepsy.

**Date of Birth:** ▮/2000
**Age:** 16:10
**County:** Nassau
**Home/Mobile #:** H:
**Home/Mobile #:** H:
**Recommended:** Sewanhaka High School
**Plan End:** 06/22/2018

**Gender:** Female
**Native Language:** English
**Interpreter Required:** No
**Work #:**
**Work #:**
**Home School:** Sewanhaka High School
**Review Date:** 06/20/2018

**ID #:** ▮
**Email:**
**Email:**
**Grade:** 12

**MEETING INFORMATION**

**Meeting Date:** 4/27/2017                    **Reason:** Annual Review

**Participants:** Dr. Glen Borkhuis, 504 Chairperson; Dr. Jeannine Bergen, School Psychologist; Elizabeth Rossi, School Social Worker; Kerry Jansen, School Nurse; David Grunin, Guidance Counselor

**Comments:** 04/27/17 - This was an Annual Review 504 Meeting for this 11th grade student who has been diagnosed with epilepsy and anxiety. The student's parents were informed about this meeting, but did not attend. The 504 Committee reviewed academic records and teacher reports. Academic records indicate that the student is doing very well with academic grades ranging from 89 to 100. Teachers report that the student's overall behavior and attitude is excellent. The 504 Committee recommends that the following accommodations continue to be provided:

1. Preferential Seating Near the Point of Instruction.
2. Extended Time on All Tests.(1.5) Tests should be started in the classroom and if additional time is needed, they can be completed in an alternate location.
3. Test taking in a Distraction Free Environment, as needed.
4. Extended Deadlines are to be available for class assignments and projects.
5. Periodic Breaks as Needed. The student should be accompanied to the health office.
6. Provide Frequent Communication with parents if seizures are suspected.(School Nurse)
7. Counseling as needed.

**INITIAL OR MOST RECENT EVALUATIONS/REPORTS**

| Date | Evaluation/Report |
|------|-------------------|
| 04/27/2017 | Guidance Report |
| 04/27/2017 | Teacher Report |
| 03/31/2017 | Report Card |
| 02/16/2017 | Guidance Report |
| 02/16/2017 | Parent Report and Observations |
| 02/16/2017 | Teacher Report |

| 02/01/2017 | Report Card |
| 01/27/2017 | Doctor's Note |

### STATE AND DISTRICT-WIDE ASSESSMENTS

- None

### DETERMINATION

It has been determined that the student has a physical or mental impairment that substantially limits a major life activity.

Identify the physical or mental impairment:

This student has been diagnosed with epilepsy.

Identify the major life activity affected by this physical or mental impairment:

The impairment can negatively affect the student's academic performance.

Describe how this impairment substantially limits a major life activity:

This impairment can substantially interfere with the student's ability to complete assignments in a timely manner, and maintain adequate attention during class time and testing in all subject areas.

### PROGRAM ACCOMMODATIONS, MODIFICATIONS AND SUPPORTS

| | DESCRIPTION | FREQUENCY | DURATION | LOCATION | START DATE |
|---|---|---|---|---|---|
| **RELATED SERVICES:** | | | | | |
| Counseling | Individual As needed. | 1 x Yearly | 43min. | Counselor's Office | 09/06/2017 - 06/11/2018 |
| **SUPPLEMENTARY AIDS AND SERVICES/ PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| Additional Time to Complete Assignments | Student requires assistance in attending to classroom activities. Provide as needed. | 8/Daily | Throughout the School Day | All Academic Classes | 09/06/2017 - 06/11/2018 |
| Extended Time on Classroom Assignments | Student requires assistance in attending to classroom activities. Provide as needed. | 8/Daily | Throughout the School Day | All Academic Classes | 09/06/2017 - 06/11/2018 |
| Special Seating Arrangements | Near Point of Instruction. | 8/Daily | 43 minutes | Classroom All Academic Classes | 09/06/2017 - 06/11/2018 |
| Frequent Breaks | Student is to be escorted to the Health office. | 9/Daily | Throughout the School Day | Throughout School Setting | 09/06/2017 - 06/11/2018 |

### TESTING ACCOMMODATIONS

Individual testing accommodations in the administration of district-wide assessments of student achievement and, in accordance with department policy, state assessments of student achievement.

| TESTING ACCOMMODATION | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| Extended Time | For All Tests. Testing should be started in the classroom and if extended time is necessary, testing may be completed in an alternate setting. | 1.5 Times |

Case 1:26-cv-01734-JAV   Document 20-2   Filed 04/16/26   Page 5 of 17

| | As needed | |
|---|---|---|
| Separate Location | As needed in a distraction free location. | Minimal Extraneous Noises<br>Minimal Visual Distraction |

*Conditions - Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

| SAFETY NET ELIGIBILITY |
|---|
| ParticipationInAssessmentsSafetyNetScoreInfo |
| The student is not eligible for either the 55-64 Passing Score Safety Net or the Compensatory Option of the Safety Net. |

**Sewanhaka Central High School District**
**77 Landau Avenue**
**Floral Park, NY 11001**
**(516) 488-9853**

Section 504 Committee Recommendation for Services and Consent

March 6, 2017

To the Parent/Legal Guardian of Jane Doe

RE: Jane Doe

Dear Parent/Legal Guardian of Jane Doe          DOB:     2000  ID#:

On February 16, 2017 the Section 504 Committee met. After careful consideration and review, the Committee has recommended that your child be considered eligible under Section 504 as a student with a disability that substantially limits one or more major life activities and receive accommodations as indicated on the enclosed Section 504 Accommodation Plan.

In order for your child to receive the accommodations, the district must have your written consent. A consent form is enclosed for you to sign and return.

If you have any questions regarding this notice or the request for consent, please do not hesitate to contact our office. Upon your request, we will arrange a meeting to discuss any questions that you may have about the Section 504 Accommodation Plan. The 504 Accommodation Plan cannot be implemented until we receive your consent. Previously you have received a Section 504 Procedural Safeguards Notice that explains your rights regarding the Section 504 process, but if you need an additional copy, please contact our office.

If you agree with the Committee's decision, please sign and return the enclosed consent form as soon as possible so that we can address your child's learning needs in a timely manner.

Sincerely,

*Regina Agrusa*

Regina Agrusa
504 Compliance Officer

Encl.:    1. Section 504 Accommodation Plan
          2. Initial Services Consent Form



**Sewanhaka Central High School District**
**77 Landau Avenue**
**Floral Park, NY 11001**

**SECTION 504 ACCOMMODATION PLAN**
**2016-2017**

### STUDENT INFORMATION

**Student:** Jane Doe
**Address:**
**Contacts:** ███████, Father
███████, Mother

**School Year:** 2016-2017
**Plan Start:** 02/17/2017
**Special Alerts:** Student has epilepsy.

**Date of Birth:** ██/2000
**Age:** 16:7
**County:** Nassau
**Home/Mobile #:** H: ███████
**Home/Mobile #:** H: ███████
**Recommended:** Sewanhaka High School
**Plan End:** 06/23/2017

**Gender:** Female
**Native Language:** English
**Interpreter Required:** No
**Work #:** ███████
**Work #:** ███████
**Home School:** Sewanhaka High School
**Review Date:** 06/23/2017

**ID #:** ███████

**Email:**
**Email:**
**Grade:** 11

### MEETING INFORMATION

**Meeting Date:** 2/16/2017    **Reason:** Initial Eligibility Determination Meeting

**Participants:** Dr. Glen Borkhuis, 504 Chairperson; Marilyn Heyward, PPS Chairperson; Dr. Jeannine Bergen, School Psychologist; Elizabeth Rossi, School Social Worker; Alaisa Grudzinski, School Social Worker; Kerry Jansen, School Nurse; David Grunin, Guidance Counselor; Oluntunde Atanda-Ogunleye, Father

**Comments:** 02/16/2017 - This was an Initial Eligibility Determination 504 Meeting for this 11th grade student who has been diagnosed with epilepsy. In addition, the student experiences anxiety attacks. The student's father participated by telephone. The 504 Committee reviewed academic records and medical information. The Committee recommended the following:

1. Preferential Seating Near the Point of Instruction.
2. Extended Time on All Tests.(1.5)  Tests should be started in the classroom and if additional time is needed, they can be completed in an alternate location .
3. Test taking in a Distraction Free Environment, as needed.
4. Extended Deadlines are to be available for class assignments and projects.
5. Periodic Breaks as Needed. The student should be accompanied to the health office.
6. Provide Frequent Communication with parents if seizures are suspected.(School Nurse)
7. Counseling as needed.

### INITIAL OR MOST RECENT EVALUATIONS/REPORTS

| Date | Evaluation/Report |
| --- | --- |
| 02/16/2017 | Guidance Report |
| 02/16/2017 | Parent Report and Observations |
| 02/16/2017 | Teacher Report |
| 02/01/2017 | Report Card |
| 01/27/2017 | Doctor's Note |

### STATE AND DISTRICT-WIDE ASSESSMENTS

- None

## DETERMINATION

It has been determined that the student has a physical or mental impairment that substantially limits a major life activity.

**Identify the physical or mental impairment:**

This student has been diagnosed with epilepsy.

**Identify the major life activity affected by this physical or mental impairment:**

The impairment can negatively affect the student's academic performance.

**Describe how this impairment substantially limits a major life activity:**

This impairment can substantially interfere with the student's ability to complete assignments in a timely manner, and maintain adequate attention during class time and testing in all subject areas.

## PROGRAM ACCOMMODATIONS, MODIFICATIONS AND SUPPORTS

|  | DESCRIPTION | FREQUENCY | DURATION | LOCATION | START DATE |
|---|---|---|---|---|---|
| **RELATED SERVICES:** | | | | | |
| Counseling | Individual As needed. | 1 x Yearly | 43min. | Counselor's Office | 02/17/2017 - 06/09/2017 |
| **SUPPLEMENTARY AIDS AND SERVICES/ PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| Additional Time to Complete Assignments | Student requires assistance in attending to classroom activities. Provide as needed. | 8/Daily | Throughout the School Day | All Academic Classes | 02/17/2017 - 06/12/2017 |
| Extended Time on Classroom Assignments | Student requires assistance in attending to classroom activities. Provide as needed. | 8/Daily | Throughout the School Day | All Academic Classes | 02/17/2017 - 06/12/2017 |
| Special Seating Arrangements | Near Point of Instruction. | 8/Daily | 43 minutes | Classroom All Academic Classes | 02/17/2017 - 06/12/2017 |
| Frequent Breaks | Student is to be escorted to the Health office. | 9/Daily | Throughout the School Day | Throughout School Setting | 02/17/2017 - 06/12/2017 |

## TESTING ACCOMMODATIONS

Individual testing accommodations in the administration of district-wide assessments of student achievement and, in accordance with department policy, state assessments of student achievement.

| TESTING ACCOMMODATION | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| Extended Time | For All Tests. Testing should be started in the classroom and if extended time is necessary, testing may be completed in an alternate setting. As needed | 1.5 Times |
| Separate Location | As needed in a distraction free location. | Minimal Extraneous Noises Minimal Visual Distraction |

*Conditions - Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.

**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

| SAFETY NET ELIGIBILITY |
| --- |
| ParticipationInAssessmentsSafetyNetScoreInfo |
| The student is not eligible for either the 55-64 Passing Score Safety Net or the Compensatory Option of the Safety Net. |

Case 1:26-cv-01734-JAV   Document 20-2   Filed 04/16/26   Page 10 of 17

# Sewanhaka High School
## 504 Committee
## Attendance Sheet

**STUDENT'S NAME:** Jane Doe    **DATE:** 2-16-17

| Relationship/Title | Print Name | Signature |
| --- | --- | --- |
| Chairperson/Psychologist | Dr. Glen Borkhuis | Glen Borkhuis |
| Assistant Principal | Mrs. Nicole Allen | |
| Chairperson, Pupil Personnel Service | Mrs. Marilyn Heyward | Marilyn Heyward |
| Chairperson, Special Education | Ms. Fran Sinobio | |
| Psychologist | Dr. Jeannine Bergen | Jeannine Bergen Psyd |
| Social Worker | Ms. Elizabeth Rossi | Elizabeth Rossi |
| Social Worker | Ms. Alaisa Grudzinski | Grudzinski |
| School Nurse | Ms. Kerry Jansen | |
| Attendance | Mr. Daryl Whitmer | |
| Guidance Counselor | DAVID GRUNIN | |
| Teacher | | |
| Parent | Mr. ███-Doe | participated via telephone |
| Parent | and agreed to 504 accommodations | |
| Student | | |
| | | |
| | | |
| | | |
| | | |

## *Sewanhaka Central High School District*

### Section 504 Committee Consent for Accommodation

<u>Please complete, sign and return this form to the address below</u>

RE: █Jane Doe█████████████
DOB: ███2000  ID#: ███████████

Sewanhaka Central High School District
Section 504 Committee
77 Landau Avenue
Floral Park, NY 11001

– – – – – – – – – – – – – – – – – – – – – – fold here – – – – – – – – – – – – – – – – – – – – – – – –

I understand that the Section 504 Committee has determined that my child is eligible for a Section 504 Accommodation Plan based upon a disability that substantially limits one or more major life activities and that he/she receive accommodations as indicated on the enclosed Section 504 Accommodation Plan. I understand that I must give written consent to the district in order to initiate such accommodations.

I have received and understand the Section 504 Committee recommendation for accommodations. I have also received a copy of the Section 504 Procedural Safeguards Notice.

I hereby grant consent for the accommodations recommended by the Section 504 Committee regarding:

██Jane Doe███████████

**Student Name**

███2000

**Student Date of Birth**

| ████████████████████ | ████████ | *March 21/2017* |
|:---:|:---:|:---:|
| Parent/Guardian<br>(Print Name) | Signature | Date |

# Student Accommodations

**Student Name:** Jane Doe ▉▉▉▉▉▉▉▉ ( ▉ )
**Email:** ▉▉▉▉▉@unc.edu
**PID:** ▉▉▉▉▉
**Onyen:** ▉▉▉▉▉

Profile    Announcements    Emails    Courses    Scheduled Tests    Extended Times    Accommodations

## Current Accommodations

General - needs / may need extended testing time   ℹ

About this Accommodation

1. To be applied to assessments to be completed in a single session and/or within a short submission window and graded such as quizzes, exams, midterms, and finals; where the provision of extended testing time would constitute a fundamental alteration, for example in the case of some clinical, laboratory and simulation experiences such as OSCEs where speediness is an essential element of the assessment challenge this does not apply and students/instructors should reach out to ARS to assess options.
2. For assistance or concerns, please contact ARS's Testing Coordinator (mailto:ars@unc.edu).

- Sakai - Sakai @ UNC Tutorials :: Special accommodations (https://sakaitutorials.unc.edu/?Special_accommodations)
- WebAssign - Schedule a Timed Assignment (webassign.net) (https://www.webassign.net/manual/instructor_guide/t_l_scheduling_timed_work.htm)
- GradeScope - Extending assignment release dates, due dates, and time limits - Gradescope Help Center (https://help.gradescope.com/article/1c39ek2y94-instructor-assignment-extending-dates-times)

Time-limited quizzes, tests and exams - needs / may need stopped clock up to 10% of total testing time   ℹ

About this Accommodation

This accommodation is intended to provide the student with an opportunity to stop the test, take a break or a breather (most likely outside the testing room but under the surveillance of the professor). The student can use up to 10% of the testing time for this break and this time should not be counted towards the allotted time used to answer the exam/test/quiz.

For remote tests/exams administered through an LMS, for example, Sakai, Gradescope or Canvas, an additional 10% should be added to the total testing time and the student should utilize this accommodation on the understanding that they are bound by the Honor Code.

Assignments / Projects / Papers - needs / may need limited per-assignment deadline extension   ℹ

About this Accommodation

With the benefit of advance notice of due-dates and deadlines in course syllabi, students are expected to arrange their resources and time to take account of anticipated impacts of their disability/chronic medical condition and so this accommodation should be utilized sparingly in the event that there is an exacerbation in functioning and impacts that could not be reasonably anticipated.

The limited per-assignment deadline extension accommodation is not designed to comprehensively address and fully support a student who misses or is unable to meet multiple course deadlines; frequent use of this accommodation is contrary to its intent and the student should be encouraged to reach out to ARS to explore other options, for example, course drop, course withdrawal, an underload, IN grade assignment. Instructors concerned about the implementation of this accommodation or concerned that it is being used outside of its intended purpose are asked to reach out to ARS to discuss options.

A student with the limited per-assignment deadline extension accommodation should first discuss its use with their instructors as soon as they can and before it may be needed to make them aware of the possibility that they may need to use this accommodation and to address how it is to be used and the limitations that may be applicable.

- Providing that a deadline extension will not fundamentally compromise the critical, fundamental purpose or focus of the assessment task and that academic standards will not be compromised, this specific accommodation allows the student to REQUEST a limited per-assignment deadline extension IN ADVANCE of the submission deadline. This can happen through conversation with the instructor or by using the deadline extension request form.
- A copy of the submission will be sent to ARS and the instructor, and if there are no concerns regarding course obligations, the instructor will implement the deadline request by emailing the student and copying ARS. If there are questions or concerns, instructors should contact ARS (mailto:ars@unc.edu) for further information and clarification.
- The submission of the limited per-assignment deadline extension does NOT guarantee an extension will be granted. Following the submission of this form, a student may need to meet with the instructor to discuss alternatives if an extension is not able to be granted.
- A student submitting a limited per-assignment deadline extension request, is confirming that they have issued instructor notifications, have followed up with the instructor(s) to discuss how to utilize this accommodation, and that the request is applicable to a SINGLE deadline and if granted, this WILL NOT establish a permanent accommodation or guarantee the outcome of any future deadline extension requests.

On receipt of a limited per-assignment deadline extension and to help guide their decision considering the length and feasibility of a deadline extension, instructors are invited to consider the following:

- Whether the granting of this particular accommodation compromises the critical, fundamental purpose or focus of the assessment task.
- Whether specific academic standards and expectations are being compromised.
- The impact of the proposed extension on other students, for example in the case of a group assignment or project or when it is necessary to release results and outcomes for future course activities/learning.
- Whether the accommodation is being utilized outside of its intended purpose; frequent deadline extension requests may indicate that this is the case.

For further information and to share concerns contact ARS (mailto:ars@unc.edu).

Accessibility Resources & Service (https://ars.unc.edu)
https://ars.unc.edu (https://ars.unc.edu)
✉ ars@unc.edu (mailto:ars@unc.edu)
☎ 919-962-8300 (tel:+19199628300)
☎ 711 (NC RELAY) (tel:711)

## Student Extended Test Times



**Student Name:** Jane Doe ▮▮▮▮▮▮▮▮▮▮ (▮▮▮)
**Email:** ▮▮▮▮▮▮@unc.edu
**PID:** ▮▮▮▮▮
**Onyen:** ▮▮▮▮▮▮

Profile    Announcements    Emails    Courses    Scheduled Tests    Extended Times    Accommodations

### Allowed Extended Test Time

| Percent | Course Subject | Qualifier Text |
|---|---|---|
| 50 % | Any | |

**Total Number of Results: 1**

Show 50 per page    Submit

Accessibility Resources & Service (https://ars.unc.edu)
https://ars.unc.edu (https://ars.unc.edu)
✉ ars@unc.edu (mailto:ars@unc.edu)
📞 919-962-8300 (tel:+19199628300)
📞 711 (NC RELAY) (tel:711)

## [SDS] Eligibility Letter

Accessible Information Management <noreply@york.accessiblelearning.com>
on behalf of
studentdisabilityservices@JHU.edu <studentdisabilityservices@JHU.edu>
Thu 9/27/2018 10:06 AM

To:  Jane Doe                     <        @jhu.edu>

Dear Jane Doe           ,

How are you today? You'll be happy to know that you are now formally registered with the Office for Student Disability Services at JHU. The accommodations you requested have been approved, as follows:

1. **Alternative Testing**

   The provision of alternative testing as an academic adjustment/accommodation involves effort on the part of the student, the faculty member and SDS staff. While some simple accommodations may be provided directly by the faculty, others may require more extensive use of SDS Alternative Testing Services for implementation.

   Once approved for services, students will be instructed and oriented to the process of alternative testing through SDS. The student is expected to discuss his/her needs with instructors to determine whether or not using SDS Alternative Testing Services will be compatible with a particular course or method of assessment. SDS is available to both the student and instructor if any concerns arise regarding compatibility.

   - **150% time**

     We recommend giving some students additional for in-class tests. The amount of time appropriate is determined based on the student's documentation. Students do have the option to take their tests at our office. However, in the event that the student might have a questions which would be best answered by someone with knowledge of the subject matter, it is more beneficial for the student if the instructor, a teaching assistant or grader from your class or department proctors the tests.

   - **Additional time on in-class writing assignments**

     Some students due to their disability may require additional time on any in-class writing. SDS recommends that the faculty member and the student work out how to best handle this situation directly. If there are any questions, please feel free to contact SDS. This would not apply to an on-line course where the assignment is essentially completed at home over a pre-determined period of time.

   - **Breaks during exams**

Rest breaks during exams allow students a 5 minute break for every 30 minutes of exam time. Rest breaks during exams are necessary for some students who experience significant pain issues, muscle fatigue or who have difficulty with concentration over significant periods of time. Rest breaks are particularly important for exams that require extensive writing. Rest breaks do not count against the allotted exam time. Students are not allowed to work on the exam during rest breaks.

- **Reduced Distraction**

    A distraction reduced testing environment is a setting outside the usual classroom or testing center that limits interruptions and other environmental influences.

    A distraction reduced testing environment allows for increased control of lighting, noise, or other distractions that may impact student performance in a testing situation. This accommodation can be provided by an instructor or by SDS as long as the student is provided an environment that is quiet without interruptions.

If you have any questions, please let us know. We'll be happy to provide any additional details or clarification you require.

After you've enrolled in your classes (if you haven't already done so), you'll need to log into our online Accommodations Management system to indicate the courses for which you'd like accommodations. For your convenience, you'll be able to select these courses from a menu within the system. You can log into the system by using the user name and password you use to access your JHU E-mail account and other online services.

Please know that we will contact the professors of the courses you indicate in the system to confirm your registration with our office and to communicate the accommodations to which you're entitled. However, it is mandatory that you also arrange an in-person meeting with each of these professors sometime during the first week of classes to have a short discussion with them about your needs.

{Note: If you were authorized for any testing accommodations and wish to have any of your exams proctored by staff in the Office for Student Disability Services (385 Garland Hall), you will make your reservations through our Accommodations Management system. However, it is mandatory that you always speak with your professors before making these reservations to ensure that they are in agreement with the date and time you are submitting.}

In closing, please know that we will always be more than happy to meet with you in person whenever you have needs we can address. You can contact us at 410-516-4720 to get on our schedule.

We'll look forward to supporting your needs throughout your time at Hopkins!

385 Garland Hall
The Johns Hopkins University
3400 N. Charles Street

Baltimore, MD 21218

Phone: (410) 516-4720
Fax: (443) 529-1543
https://studentaffairs.jhu.edu/disabilities/

Reference Code: 23