UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :

JANE DOE,                :

                :

        Plaintiff,       :

                :      26-CV-01734 (JAV)

    -v-            :

                :      <u>ORDER</u>

ICAHN SCHOOL OF MEDICINE AT MOUNT  :
SANAI,                :

                :

        Defendant.    :

                :
------------------------------------------------------------------------X
JEANNETTE A. VARGAS, United States District Judge:

Plaintiff Jane Doe ("Doe"), a medical student currently enrolled in the Doctor of Medicine ("MD") program at the Icahn School of Medicine at Mount Sinai ("ISMMS"), brings this action against Defendant ISMMS, alleging discrimination based on her disability in violation of Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12182; Section 504 of the Rehabilitation Act, 29 U.S.C. § 794; and New York State Human Rights Law ("NYSHRL"), N.Y. Executive Law § 296. ECF No. 1 ("Complaint" or "Compl."), ¶¶ 8, 50-99. On March 7, 2026, Doe filed a motion for a preliminary injunction. ECF No. 7. After being so ordered, ECF No. 11, Doe submitted a memorandum of law to support her motion for a preliminary injunction on April 1, 2026. ECF No. 12. On April 15, 2026, ISMMS submitted a memorandum of law in opposition to Doe's preliminary injunction motion. ECF No. 19. On April 17, 2026, Doe requested an extension of time to submit her reply, ECF No. 21, which the Court granted, ECF No. 22. Accordingly, on April 27, 2026, Doe

submitted her reply.  ECF No. 23.

The Court ORDERS the parties to meet and confer with respect to the following questions:

1) Whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a hearing;

2) If an evidentiary hearing is requested, proposed dates for such a hearing (confirming the availability of any testifying witnesses with respect to such dates); and

3) Whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.

By **noon** on **May 20, 2026**, the parties should submit a joint letter setting forth the parties' agreement or, if no agreement is reached, their respective positions on each of these questions.

SO ORDERED.

Dated: May 18, 2026
     New York, New York

_____
    JEANNETTE A. VARGAS
    United States District Judge