# STEWART LEE KARLIN LAW GROUP, P.C.
## Daniel E. Dugan Esq.
## 111 John Street, 22nd Floor
## New York, New York 10038
## (212) 792-9670/Office
## (844) 636-1021/Fax
### dan@stewartkarlin.com

**MEMBER OF THE BAR**                              **Concentrating in Employment, Education,**
**NEW YORK & NEW JERSEY**                          **Insurance and Commercial Law**

May 18, 2026

**Via ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room703
New York, NY 10007

> **Re:**   **Jane Doe v. Icahn School of Medicine at Mount Sinai**
> **Case No.: 26-cv-01734-JAV**

Dear Judge Vargas:

I represent Plaintiff in the above-referenced matter.  I write pursuant to the May 12, 2026 Order, to inform the Court that Plaintiff will amend the complaint in response to Defendant's Motion to Dismiss.  Plaintiff will file an amended complaint on before May 29, 2026, as set forth in the Order.

Thank you for your attention to this matter.

Sincerely,

Daniel E. Dugan, Esq.

cc:     Defendant's counsel (via ECF)