# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844)636-1021/Fax**
**Dan@stewartkarlin.com**

**MEMBER OF THE BAR**
**NEW YORK & NEW JERSEY**

**Concentrating in Employment, Education**
**and Insurance Law**

**Website:** www.stewartkarlin.com

May 21, 2026

**<u>Via ECF</u>**
Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

       **Re:**    **Jan Doe v. Icahn School of Medicine at Mount Sinai**
               **Case No.: 26-cv-01734-JAV**

Dear Judge Vargas:

I represent Plaintiff in the above-referenced matter. I am writing to apologize to the Court for missing Today's conference via Zoom, scheduled Yesterday afternoon. Unfortunately, I missed the ECF notification in my inbox because it appeared in the same e-mail thread as the notification for the filing of our joint letter that same day. Again, I apologize to the Court for my missed appearance.

Thank you for your attention to this matter.

            Sincerely,

            DANIEL E. DUGAN, ESQ.

cc: Counsel for Defendant (*Via ECF)*