UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                      :

JANE DOE,                         :

                 :

        Plaintiff,        :

                 :         26-CV-01734 (JAV)

     -v-                 :

                 :            ORDER

ICAHN SCHOOL OF MEDICINE AT MOUNT SANAI, :

                 :

        Defendant.     :

                 :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Under Rule 10(a) of the Federal Rules of Civil Procedure, a "complaint must name all the parties." Fed. R. Civ. P. 10(a). On March 3, 2026, Plaintiff Jane Doe commenced this action under a pseudonym. ECF No. 1. Plaintiff, however, has never filed a motion seeking leave to proceed anonymously in this action.

Accordingly, Plaintiff is **ORDERED** to file a motion seeking leave to proceed under a pseudonym, setting forth the factual and legal basis for such relief, or to file an amended complaint identifying Plaintiff by Plaintiff's true name no later than **June 8, 2026**.

SO ORDERED.

Dated: June 1, 2026
     New York, New York            _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge