# Exhibit 2



**Christine Low, MSW, LCSW-R**
**Director, Disability Services**

One Gustave L. Levy Place, Box 1002
New York, NY 10029-6574
Tel: 212-241-4785
Fax: 212-241-0770

January 21, 2026

Dear ███████,

Disability Services conducted an evaluation of your request for three new accommodations related to your hematology remediation plan. All determinations are made following a careful and individualized review of your disability documentation, self-reported experiences, the school's academic programs and curricula, and the institution's legal obligations under the Americans with Disabilities Act, as amended (ADA-AA), and Section 504 of the Rehabilitation Act.

Under the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act, the purpose of reasonable accommodations is to ensure that qualified students with disabilities have equal access to educational programs and activities. Accommodations are intended to remove disability-related barriers that prevent access; they are not designed to provide an advantage or to guarantee academic success.

After careful review, the requested adjustments are not directly connected to providing equal access to the course or its essential requirements. Moreover, the school is not required to make adjustments or provide aids or services that would result in a fundamental alteration of its program.  These requests are not necessary to address a disability-related access barrier and would result in a fundamental alteration of the school's program.

At this time, we have determined that you have equal access to the educational opportunities, instructional materials, and assessments provided to all students in the program. Therefore, the specific accommodation requests cannot be approved.

Should you wish to appeal this decision please follow the guidelines for appeal as outlined online:
https://icahn.mssm.edu/files/ISMMS/Assets/Education/Student%20Life%20and%20Resources/Disability-AA%20policy%203-5-24.pdf

Sincerely,

*Christine Low*

Christine Low
Director, Disability Services
Department of Enrollment Services
Faculty, Department of Environmental Medicine and Public Health
Icahn School of Medicine at Mount Sina