# Exhibit 3

 

## Cardiology Remediation Results

**Arden, Martha** <Martha.Arden@mountsinai.org>                                           Fri, Jan 23 at 8:19 AM
To: ████████████████████████████████████
Cc: Fallar, Robert <robert.fallar@mssm.edu>, Paik, Steve <steve.paik@mssm.edu>, Tomey, Matthew <matthew.tomey@mountsinai.org>

Dear ████,

The Promotions Committee will review your progress and academic standing at our February 9 meeting.  As stated in our letter from December 22, 2025, the actions of the Committee include, but are not limited to, the following:

We will continue to monitor your academic progress and timeline to determine if additional actions, including leave of absence, suspension, dismissal, and/or repeating the first phase of medical school, are indicated.

I wish you the best of luck on your remediation.

Sincerely,
Dr Arden
_____
From: ████████████████████████████████████
Sent: Thursday, January 22, 2026 5:11 PM
To: Arden, Martha <Martha.Arden@mountsinai.org>
Cc: Fallar, Robert <robert.fallar@mssm.edu>; Paik, Steve <steve.paik@mssm.edu>; Tomey, Matthew <matthew.tomey@mountsinai.org>
Subject: Re: Cardiology Remediation Results

Dear Dr. Arden,

Thank you for clarifying with Dr. Paik. I understand Hematology is the primary focus and will continue to focus on it.

For planning purposes, I was hoping you could clarify what types of decisions are typically addressed at the upcoming meeting regarding a student's academic standing and timeline of progression.

Thanks,


On Thu, Jan 22, 2026 at 3:57 PM Arden, Martha <Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org>> wrote:
Good afternoon ████.

I have spoken with Dr Paik to get a better understanding of your conversation, reviewed the remediation policy, and read Dr Fallar's emails below to make sure that we're all on the same page.

The current priority is your hematology remediation.  I hope that you continue to make progress in your studying and wish you the best of luck on the exam on the 29th.

We cannot approve a one-week remediation for cardiology.  The Promotions Committee will consider your request for a second cardiology remediation at the February 9 meeting.

Best wishes,
Dr Arden
_____

██████████████████████

Sent: Thursday, January 22, 2026 11:58 AM
To: Fallar, Robert <robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu>>
Cc: Tomey, Matthew <matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org>>; Arden, Martha <Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org>>
Subject: Re: Cardiology Remediation Results

This is also something I have discussed with Dr. Paik as an option after completion of Hematology.

On Thu, Jan 22, 2026 at 11:55 AM ████████████████████████

Hi Dr. Fallar,

I spoke to Dr. Arden this morning about potentially forming an earlier subcommittee to authorize a remediation before the deadline. Has she reached out to you yet? In the case that the promotions committee authorizes a remediation at an earlier date, I believe OCA would be authorized to create a remediation plan.

Thanks,

███

On Thu, Jan 22, 2026 at 11:50 AM Fallar, Robert <robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu><mailto:robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu>>> wrote:
Dear ██████
Thank you for your response to the remediation outcome letter. At this time, we are not able to prepare or offer a repeat Cardiology remediation assessment.
As stated in the ASCEND Remediation Policy – Phase 1, "a student who fails a remediation assessment is referred to the Promotions Committee." In addition, the ASCEND Progression Policy provides that "the Promotions Committee reviews all students for eligibility for promotion, including alteration of academic timeline and/or remediation."
Accordingly, we will await the review of your remediation progress in both Hematology and Cardiology at your February meeting with the Promotions Committee, at which point next steps will be determined.
If you have logistical questions in the interim, the Office of Medical Student Affairs remains your point of contact.
DrF
_____

████████████████████████████████

Sent: Wednesday, January 21, 2026 1:30 PM
To: Fallar, Robert <robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu><mailto:robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu>>>
Cc: Tomey, Matthew <matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org><mailto:matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org>>>; Arden, Martha <Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org><mailto:Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org>>>
Subject: Re: Cardiology Remediation Results

I also wanted to ask, would it be possible to retake the Cardiology remediation exam the week of February 2nd?

██████████████████████████████████ it be global or targeted? This would be the first remediation attempt and I believe we are allowed more than one. Also, would it be possible to meet with you, Dr. Tomey?

Get Outlook for iOS<https://urldefense.proofpoint.com/v2/url?u=https-3A__aka.ms_o0ukef&d=DwMFaQ&c=shNJt

f5dKgNcPZ6Yh64b-ALLUrcfR-4CCQkZVKC8w3o&r=k9lxjAEMscISb4uY3rOvJaoCOpqs3w7ovXqpq8hVJ70&m=Yw7MU4Q4UiQXNfQtSZn-eHhHW-qBmPwSDrlOpSU-E79v5rO1PpKtdr29KdL7nGDG&s=quHyeFXBKPpSTuxFDV6Sljt5oEhzRtnDVnQZGRARI-g&e=>

_____
From: Fallar, Robert <robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu><mailto:robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu>><mailto:robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu><mailto:robert.fallar@mssm.edu<mailto:robert.fallar@mssm.edu>>>>
Sent: Wednesday, January 21, 2026 12:59:24 PM



Cc: Tomey, Matthew <matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org> <mailto:matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org>><mailto:matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org><mailto:matthew.tomey@mountsinai.org<mailto:matthew.tomey@mountsinai.org>>>>; Arden, Martha <Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org><mailto:Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org>><mailto:Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org><mailto:Martha.Arden@mountsinai.org<mailto:Martha.Arden@mountsinai.org>>>>
Subject: Cardiology Remediation Results

██████████ – here is a letter with the results of your Cardiology module remediation. [https://res.public.onecdn.static.microsoft/assets/fluentui-resources/1.1.0/app-min/assets/item-types/24_3x/pdf.png]Cardiology<https://res.public.onecdn.static.microsoft/assets/fluentui-resources/1.1.0/app-min/assets/item-types/24_3x/pdf.png%5DCardiology><https://res.public.onecdn.static.microsoft/assets/fluentui-resources/1.1.0/app-min/assets/item-types/24_3x/pdf.png%5DCardiology> Remediation Results Notification Letter - OA.pdf<https://urldefense.proofpoint.com/v2/url?u=https-3A__mtsinai.sharepoint.com_-3Ab-3A_s_OAE_IQBGEzKd7KW8Q7vk4vD7WMiXAZzhmCz4jwyw0lBiLGzS6Jk-3Fe-3DHHNSxy&d=DwMFaQ&c=shNJtf5dKgNcPZ6Yh64b-ALLUrcfR-4CCQkZVKC8w3o&r=k9lxjAEMscISb4uY3rOvJaoCOpqs3w7ovXqpq8hVJ70&m=Yw7MU4Q4UiQXNfQtSZn-eHhHW-qBmPwSDrlOpSU-E79v5rO1PpKtdr29KdL7nGDG&s=TbdUz9tcjNeEiuaJcsiRDrydiR7nVH6aUKmBfIbaVnM&e=>
[Quoted text hidden]
winmail.dat