# Exhibit 4



**Office of Student Affairs**
**Leni and Peter W May Department of Medical Education**

50 E 98th Street
Aron Hall, Suite 1A North
New York, NY 10029

T [212] 241 - 4426
student.affairs@mssm.edu
icahn.mssm.edu

December 22, 2025

████████████████████

New York, NY 10029

Dear ███████,

This letter is a follow up to the Promotions Committee meeting on December 15, 2025, at which the Committee reviewed your academic timeline in Phase 1 of the MD program at the Icahn School of Medicine at Mount Sinai, specifically the failures of the Hematology module, Cardiology module, and Renal module.

The Promotions Committee is charged with reviewing medical students who are not meeting standards of academic performance and who may be at risk for not satisfactorily completing requirements needed to progress to the next academic phase, and the plan below addresses those issues. The Committee reminds you that each step of medical school training is a building block that supports student growth and strengthens the knowledge and skills needed to enter the profession of medicine and progress to patient care. While we are committed to supporting your success, we remain concerned that you are not making sufficient academic progress. The Committee is placing you on **Academic Probation** due to consistent academic challenges resulting in three phase 1 module failures.

We refer you back to the Office of Curricular Affairs for guidance on grading and remediation policy. In particular, remediation requirements are determined by the course director and are not under the purview of the Promotions Committee. Thus, the Committee feels that the remediations provided are reasonable.

To progress to Phase 2, you must successfully pass all remediations and complete all Phase 1 requirements by **February 9, 2026.** To keep you on track, we require the following:
- Complete your Renal module remediation by **December 31, 2025.**
- Appear before the Promotions Committee on **January 12, 2026,** to update on the following:
  - Outcome of your Renal remediation.

- o Progress towards completion of your Cardiology remediation, including the following: completion dates of the formative assessments, dates of your meetings with the Module Director, and the scheduled date of your summative NBME CAS.
  - o Anticipated timeline of completion of the Hematology remediation, including the scheduled dates for formative assessments and written CCSG analysis submissions, as well as your scheduled date for the summative NBME CAS.
- Continue to utilize the resources provided, including peer tutoring, and continue meetings with the learning team, Dr. Lauren Linkowski or Dr. Kelley Lassman, to support preparation for your remediations.
- While on Academic Probation, we require you to pause your extracurricular activities. This includes any leadership, as well as any student group and research roles you are participating in.

The Academic Probation will be reviewed by the Committee upon successful remediation of your failed modules and completion of Phase 1 requirements.

We also remind you of the following resources:
- *Career and Professional Development Advisor:* Dr. Forsyth remains available to discuss your academic journey, career development, and overall progress.
- *Student Trainee Mental Health Services*: Confidential mental health services are available to support your well-being.
- *Student Health Center:* Free and confidential healthcare services for students.
- *Disability Services:* If applicable, Disability Services can assist in determining reasonable accommodations to meet your individual needs.

We will continue to monitor your academic progress and timeline to determine if additional actions, including leave of absence, suspension, dismissal, and/or repeating the first phase of medical school, are indicated.

You have a right to appeal the Promotion Committee's decision by submitting a written request stating the reason for the appeal to the Dean of the School of Medicine, Dr. Eric Nestler, within two (2) weeks from the date of this decision letter. The Dean's review will determine whether procedures outlined in the Student Handbook were substantially followed and whether the decision was reasonable. The Dean may also make an alternate recommendation.

Please contact me or the Office of Student Affairs with any questions or concerns.

Sincerely,

*Martha Ardler MD*

Martha Arden, MD
Chair, Promotions Committee

Cc:
David C. Thomas, MD, MHPE, Dean for Medical Education
Stephanie Autenrieth, MEd, Senior Associate Dean for Enrollment Services
Valerie Parkas, MD, Interim Senior Associate Dean for Student Affairs
Rainier P. Soriano, MD, Senior Associate Dean for Curricular Affairs
Beverly Forsyth, MD, Career Advisor
Lauren Linkowski, EdD, Assistant Dean, Student Affairs
Jillian Palmer, MA, Director for Student Success and Progression