# Exhibit 5



**Eric J. Nestler, M.D., Ph.D.**
Anne and Joel Ehrenkranz Dean
Icahn School of Medicine at Mount Sinai
Chief Scientific Officer & Executive Vice President,
Mount Sinai Health System
Professor of Neuroscience & Psychiatry

One Gustave L. Levy Place
Box 1217
New York, NY 10029-6574

Tel: (212) 659-5656
Email: eric.nestler@mssm.edu

January 17, 2026

██████████████████████

Icahn School of Medicine at Mount Sinai
New York, New York 10029

Re: <u>Appeal of Promotions Committee</u>

Dear ███████████████

I am writing to inform you that I have decided to uphold the December 22, 2025 Promotions Committee Academic Probation and remediation requirements. In reaching this decision, I have considered the reasons for your appeal as laid out in your submission and in our discussion (also attended by Shema Patel), as well as your academic record and the School's actions. The Committee did not make its decision lightly, and I conclude that its assessment was correct, including, for example, because your deficiencies were restricted in Renal but more global in Hematology. I therefore find that School policies have been followed and that the Committee's decision is reasonable.

I wish you the best of success with your remediation efforts and more broadly with school in general.

Sincerely,

Eric J. Nestler, M.D., Ph.D.

cc:    Dr. David Thomas
       Dr. Martha Arden
       Dr. Valerie Parkas
       Ms. Shema Patel