# Exhibit 6

 Icahn School of Medicine at Mount Sinai

## Formal Notice of OCR Case No. 00765405A: Request for Interim Measures

Thu, Feb 12, 2026 at 3:15 PM

To: BETH ESSIG <beth.essig@mountsinai.org>
Cc: Marc.Fliedner@drny.org

Dear Ms. Essig,

I am writing to the General Counsel to provide formal notice of my submission to the U.S. Department of Education's Office for Civil Rights (OCR) regarding actions by the institution that would create **irreparable harm to my academic progression** and to request interim measures during this investigation period. The current assignment of probationary status and any potential alteration of my student status in any way that prevents immediate progression to Phase 2 with my cohort on February 17, 2026 by this institution would create **irreparable harm** through my exclusion from normal progression. This matter is currently pending under **OCR Case No. 00765405A. Given my pending case with OCR, I am requesting progression to Phase 2 with my cohort on February 17, 2026 to prevent irreparable harm.** I have consulted with Disability Rights New York (DRNY) Director Marc Fliedner, Esq. regarding my case.

I am not contesting academic standards or grades. Rather, the OCR complaint concerns procedural and disability-related violations arising from (1) the institution's failure to follow its written remediation policy, (2) failure to engage in a meaningful and interactive disability accommodation process under Section 504 and the ADA, and (3) the imposition of academic probation prior to all remediation outcomes and maintenance of probation following successful remediations. These actions were followed by outcome-insensitive actions.

Specifically, the complaint alleges that targeted remediation required by institutional policy was denied using uncodified criteria; disability-appropriate instructional support was refused despite documented need and prior successful precedent; academic probation was imposed prior to receipt of all remediation outcomes and affirmatively maintained after successful remediation; and exclusionary outcomes were repeatedly proposed in place of reasonable accommodation.

OCR has been asked to review these matters and to consider interim measures, as implementation of the proposed actions would cause irreversible disruption to my training even if noncompliance is later found.

I am notifying General Counsel to ensure institutional awareness of the pending OCR review and to request the following interim and corrective measures while OCR's review proceeds:

1. Correction and removal of academic probation from my academic record, as the probation was imposed preceding all remediation outcomes and maintained despite successful remediation;
2. Preservation of my ability to progress on time to Phase 2 with my cohort, effective immediately;
3. Resolution of the outstanding Cardiology remediation through a disability-accessible remediation process or other appropriate corrective measures;
4. Written acknowledgment of receipt of this notice and identification of the institutional representative designated to handle this matter and interface with OCR;
5. Preservation of all records, communications, and materials related to my remediation, academic probation, accommodation requests, and Promotions Committee deliberations.

I remain willing to resolve this matter through appropriate internal corrective action consistent with institutional policy and federal disability law. Thank you for your attention. I look forward to your response.



