# Exhibit 7


 
February 13, 2026            *SENT VIA E-MAIL*

Eric Nestler, Dean, School of Medicine
Icahn School of Medicine at Mount Sinai
eric.nestler@mssm.edu

Beth Essig, Esquire
General Counsel
Icahn School of Medicine at Mount Sinai
beth.essig@mountsinai.org

Re:      Pending Appeal and Future Academic Status of Student ██████████████

Dear Madame/Sir:

Please accept this letter in support of student ██████████████████ appeal of the written decision of the Promotions Committee, dated February 12, 2026, placing ██ ████ ████████ on Administrative Leave until the start of Phase 1 in August 2026. The decision advises ████████████ that, should she return to complete Phase 1 in August 2026, she will remain on Academic Probation. It further states that, should she choose not to return to complete Phase 1, she will be Withdrawn, Not in Good Standing, from the MD program.

Disability Rights New York is the Protection and Advocacy System for people with disabilities for the State of New York. As such, DRNY provides legal advocacy and technical assistance to people with disabilities. DRNY has reviewed the above-referenced matter at length with ███ ████████████, including review of the manner in which her good faith requests for reasonable accommodations were handled by school administrators during periods of her academic career at Icahn School of Medicine. It is our position that failures to properly consider her requests and engage in meaningful dialogue regarding the requests were inconsistent with tenets of the Americans With Disabilities Act, parallel state and city human rights laws, and case law interpreting these laws. Perhaps more significantly, the decision places ████████████ ███████ in a position to incur immediate, continuing, and irreparable harm as a result of this decision at a critical point in her academic career.

Specifically, DRNY encourages the Dean to take action that will result in the Promotions Committee's reconsideration of ████████████████ ability to progress to Phase 2 and imposition of academic probation. We note in this regard that the decision to impose these

✉ 279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144

📍 DRNY has office locations in
**Albany | Brooklyn | Rochester**

Phone
518-432-7861

Fax
518-427-6561

opportunity to re-remediate Cardiology with the requested targeted accommodation structure if needed. Consistent with positions stated above, and in ███████████████ appeal letter dated February 12, 2026, Disability Rights New York urges reconsideration of the decision and granting of her appeal.

A final thought for your consideration:
Addressing this issue from a high level position, Disability Rights New York asserts that people with disabilities cannot be excluded from serving in healthcare at this critical time in our state and national history. To the contrary, it is imperative that people with disabilities be quite present in the field to provide their perspective in evaluation of medical conditions impacting patients with disabilities. When erroneous decisions regarding the handling of accommodations for students with disabilities threaten continuation of such education in a discriminatory manner, such exclusion too often results.

Respectfully Submitted,

*Marc Fliedner*

Director
PAIMI Program
Disability Rights New York

cc: ███████████████████████████████████

279 Troy Road, Ste 9
PMB 236
Rensselaer, NY 12144

DRNY has office locations in
**Albany | Brooklyn | Rochester**

Phone
**518-432-7861**

Fax
**518-427-6561**