**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------------------------x

**JANE DOE,**

                                    **Plaintiff,**

            **-against-**                                        **No.: 1:26-cv-01734-JAV**

**ICAHN SCHOOL OF MEDICINE AT**
**MOUNT SINAI**

                                    **Defendant.**

------------------------------------------------------------------------------------------------------x

## DECLARATION OF SUSAN D. FRIEDFEL
## IN RESPONSE TO PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY

        I, SUSAN D. FRIEDFEL, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

        1.      I am a Principal with Jackson Lewis P.C., attorneys of record for Defendant Icahn School of Medicine at Mount Sinai ("ISMMS" or the "School") in the above-referenced matter.

        2.      I submit this Declaration to inform the Court that Defendant takes no position on Plaintiff's Motion to Proceed Anonymously, dated June 8, 2026.

        I declare, under penalty of perjury that the foregoing is true and correct.  Executed on the 19th day of June 2026 in White Plains, New York.

                                    By: _____
                                         Susan D. Friedfel, Esq.