UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
JANE DOE,

Index No. 26-cv-01734-JAV

               Plaintiff,

v.

**CONSENT TO CHANGE ATTORNEY**

ICAHN SCHOOL OF MEDICINE
AT MOUNT SINAI,

               Defendant.
--------------------------------------------------------x

IT IS HEREBY CONSENTED THAT**, The Law Offices of Anthony Ofodile,** of 498 Atlantic

Avenue, Brooklyn, New York 11217, be substituted as attorneys of record for the undersigned

party (Jane Doe ) in the above-referenced action, in place and stead of the undersigned attorney

(Stewart Karlin, Esq.), as of the date hereof.

Dated :       Brooklyn, New York
              June 29, 2026

_____
         Jane Doe (Plaintiff)

By:_____
Law Offices of Anthony Ofodile
(In coming Attorney)

By:_____
      Stewart Karlin Law Group, P.C.
        (Outgoing Attorney)