UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JANE DOE,                                          Index No. 26-cv-01734-JAV

                              Plaintiff,

        v.                                         **NOTICE OF APPEARANCE**

ICAHN SCHOOL OF MEDICINE
AT MOUNT SINAI,

                              Defendant.
-------------------------------------------------------x

PLEASE TAKE NOTICE that, JANE DOE, the Plaintiff in the above referenced action

has retained the undersigned, Anthony Ofodile, Esq., and the Law Offices of Anthony Ofodile, as

her Attorneys in this case and hereby demands that all future legal papers and communications in

this matter be served on Plaintiff Jane Doe, through Anthony Ofodile of the Law Offices of

Anthony Ofodile.

Dated: Brooklyn, New York
       June 29, 2026


                              Respectfully Submitted:
                              LAW OFFICES OF ANTHONY OFODILE

                              By: *Anthony Ofodile*
                              ANTHONY C. OFODILE, ESQ.
                              Attorneys for Jane Doe
                              Office, Post Office Address & Telephone
                              498 Atlantic Avenue
                              Brooklyn, New York 11217
                              (718) 852-8300
                              Email: ACOfodile@aol.com

To:     The Clerk, Southern District of New York
        500 Pearly Street
        New York, NY 10007

cc:     JACKSON LEWIS P.C.
        Attorneys for Defendant
        C/o: Susan D. Friedfel, Esq., &
        Sophia J. Dibbini, Esq.
        44 South Broadway, 14th Floor
        White Plains, New York 10601
        (914) 872-8060
        Susan.Friedfel@jacksonlewis.com
        Sophia.Dibbini@jacksonlewis.com