**LAW OFFICES OF ANTHONY OFODILE**
**Attorneys-At-Law**
**498 Atlantic Avenue**
**Brooklyn, New York 11217**
**Phone-718-852-8300 Fax. 718-852-7361**

July 7, 2026

BY ECF

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Jane Doe v. Icahn School of Medicine at Mount Sinai

Dear Jude Vargas:

I represent the Plaintiff Jane Doe in the above referenced case. With the consent of Counsel for Icahn School of Medicine Susan D. Friedfel, Esq., I write to seek an extension of time, from July 6, 2027, to Friday August 7, 2027, within which to respond to Defendant's motion to dismiss. As a condition for consenting to this request, Defendant asks that it should be granted three weeks within which to reply to Plaintiff's response.

I need this extension of time because I have just been retained and I need more time to consider the voluminous exhibits annexed to the motion as well as even much more voluminous papers in my Client's possession which I have to examine and study in light of the moving papers in order to appropriately formulate the proper response to the motion to dismiss.

This is Plaintiff's first request for an extension of time within which to respond to the motion to dismiss. In light of the foregoing, Plaintiff respectfully requests that she should be granted up, to and including August 7, 2026, within which to file her response to the motion, and that the Defendant be granted up to, and including August 28, 2026, within which to file their reply.

Respectfully Submitted:

LAW OFFICES OF ANTHONY OFODILE

By: *Anthony C. Ofodile*
Anthony C. Ofodile, Esq.