**LAW OFFICES OF ANTHONY OFODILE**
**Attorneys-At-Law**
**498 Atlantic Avenue**
**Brooklyn, New York 11217**
**Phone-718-852-8300 Fax. 718-852-7361**

July 16, 2026

BY ECF

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: Jane Doe v. Icahn School of Medicine at Mount Sinai
      Index No. 26-cv-01734-JAV

Dear Jude Vargas:

I represent the Plaintiff Jane Doe in the above referenced case. I write to seek an extension of time, from July 16, 2027, to Friday August 7, 2027, within which to Amend the Complaint. The Court ordered that Plaintiff amend the Amended Complaint and use Plaintiff's real name instead of Jane Doe. As new Counsel coming into the case, I respectfully request to be granted the opportunity to amend the Amended Complaint. While I am still reviewing the files and the motion filed to dismiss the Amended Complaint, I am of the view that there are some salient facts that were either omitted or not properly detailed in the Amended Complaint which is why a believe that it is necessary to further amend the Amended Complaint. I sought the consent of Counsel for Icahn School of Medicine Susan D. Friedfel, Esq., for this extension but she declined on the grounds that the Court has indicated that it may not grant Plaintiff another opportunity to amend and also in light of the motion to dismiss which Icahn School of Medicine has filed.

I do understand that the Defendant has expended resources to file the motion to dismiss which would be made moot if Plaintiff is allowed to file a Second Amended Complaint. I suggested to Counsel that that problem will be alleviated with a Letter renewing the motion by Court's permission without the need to file new motion papers should Defendant deem it necessary after the filing of the Second Amended Complaint. As it is now, Plaintiff would respond to the motion to dismiss with an Affidavit and other documentary evidence, turning a motion to dismiss into a motion for summary judgment. More importantly, as new Counsel, I believe that allowing Plaintiff to further amend and then responding to the filed motion to dismiss if necessary, would best serve the course of justice and the interest of all the parties in this case.

The reason that I am seeking an extension until August 7, 2026, include, but are not limited to the fact that I have recently been retained and I need more time to consider the voluminous exhibits annexed to the motion as well as even much more voluminous papers in my Client's

possession. Furthermore, in the next ten days, I will be extensively involved in finalizing the preparation for the Abatete USA Convention and fund-raising for Mercy Diagnostic Hospital project in Abatete, Nigeria. I happen to be the current National President and would be hosting the 26th Annual National Convention of Abatete USA, in Atlanta, Georgia, on the 24th and 25th of July, 2026.

This is Plaintiff's first request for an extension of time within which to amend the Amended Complaint to change the caption and also current Counsel's first request to be allowed to further amend the Amended Complaint. In light of the foregoing, Plaintiff respectfully requests that the Court grant her up to, and including August 7, 2026, within which to further amend her Amended Complaint.

Respectfully Submitted:

LAW OFFICES OF ANTHONY OFODILE

By: *Anthony C. Ofodile*
Anthony C. Ofodile, Esq.