**JacksonLewis**

**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Phone: 914-872-8060
jacksonlewis.com

July 21, 2026

**VIA ECF**

Hon. Jeannette A. Vargas, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re:    Jane Doe v. Icahn School of Medicine at Mount Sinai
       Case No. 26-cv-01734-JAV

Dear Judge Vargas:

We represent Defendant, Icahn School of Medicine at Mount Sinai, in the above-referenced matter. We write in response to the letter motion filed by Plaintiff's newly retained counsel on July 16, 2026 (ECF Doc. No. 54), which seeks an extension of time and leave to file a Second Amended Complaint.

As Defendant previously indicated to Plaintiff's counsel, Defendant does not object to a reasonable extension of Plaintiff's time to respond to Defendant's pending Motion to Dismiss. Defendant recognizes that Plaintiff's counsel was recently retained and requires adequate time to review the record and the motion papers. Defendant respectfully objects, however, to any request for leave to amend the complaint a second time. Plaintiff has already exhausted her right to amend as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). Your Honor's May 12, 2026 Order expressly recognized that right and directed that any amended complaint be filed by May 29, 2026. Plaintiff availed herself of that opportunity by filing her Amended Complaint on that date (ECF Doc. No. 36)—the very pleading now challenged by Defendant's pending Motion to Dismiss. That same Order placed Plaintiff "on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss." (ECF Doc. No. 29.)

Accordingly, Defendant respectfully requests that the Court deny Plaintiff's request for leave to file a Second Amended Complaint.

Sincerely,

Susan D. Friedfel
Susan.Friedfel@jacksonlewis.com
(914) 872-8027 Direct

# JacksonLewis

Hon. Jeannette A. Vargas,
U.S.D.J.
United States District Court
Southern District of New York
July 21, 2026
Page 2

Jackson Lewis P.C.