**LAW OFFICES OF ANTHONY OFODILE**
**Attorneys-At-Law**
**498 Atlantic Avenue**
**Brooklyn, New York 11217**
**Phone-718-852-8300 Fax. 718-852-7361**

August 5, 2026

<u>BY ECF</u>

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   <u>Re:</u> <u>Atanda-Ogunleye v. Icahn School of Medicine at Mount Sinai</u>
     <u>Index No. 26-cv-01734-JAV</u>

Dear Jude Vargas:

I represent the Olufisayo Atanda-Ogunelye in the above referenced case. I write to seek an extension of time, from August 7, 2027, to Friday August 21, 2027, within which to respond to Defendant's Motion to Dismiss. When I had sought the consent of Counsel for Icahn School of Medicine Susan D. Friedfel, Esq., for an extension of time to amend the Complaint, she had consented to this requested extension of time to respond to the motion to dismiss in light of the issues facing Counsel then. She had indicated in her letter to the Court that she had no objection to Counsel getting additional time to respond to the motion to dismiss. However, when I sought her renewed consent, her away message indicated that she would be out of the office until tomorrow. Your Honor' rules require that I submit this application today. This is Plaintiff's second request for an extension of time within which to respond to the motion. The Court had granted Plaintiff's July 7, 2026, request to extend her time to respond until August 7, 2026.

As indicated in my July 16, 2026, Letter, I was extensively involved in finalizing the preparation for and hosting the 26th Annual National Convention of Abatete USA, in Atlanta, Georgia, which took place from the 24th to 25th of July, 2026. I also have health issues which affected me that recently flared up requiring several doctor visits for tests and treatment.

In light of the foregoing, Plaintiff respectfully requests that the Court grant her up to, and including August 21, 2026, within which to respond to Defendant's motion to dismiss the Amended Complaint.

       Respectfully Submitted:

       LAW OFFICES OF ANTHONY OFODILE
       By: *Anthony C. Ofodile*
       Anthony C. Ofodile, Esq.