**LAW OFFICES OF ANTHONY OFODILE**
**Attorneys-At-Law**
**498 Atlantic Avenue**
**Brooklyn, New York 11217**
**Phone-718-852-8300 Fax. 718-852-7361**

August19, 2026

BY ECF

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Atanda-Ogunleye v. Icahn School of Medicine at Mount Sinai
Index No. 26-cv-01734-JAV

Dear Jude Vargas:

I represent Olufisayo Atanda-Ogunelye in the above referenced case. I write to seek an extension of time, from August 21, 2026, to Friday, September 6, 2026, within which to respond to Defendant's Motion to Dismiss. I had sought the consent of Counsel for Icahn School of Medicine, Susan D. Friedfel, Esq., for an extension of time within which to respond to the motion by email but her email message stated that she would be out of the Office until the 20th. However, the message provided her cell phone number which could be reached in the case of an emergency. I called her cell phone number and left a voice mail (when she did not pick up), but as of the time of this motion, I have not yet received any response from her. This is Plaintiff's third request for an extension of time within which to respond to Defendant's motion to dismiss the Complaint.

This reason for this request include, but is not limited to my continued personal ill-health, though I have made significant and substantial improvements. In addition to ill health, I have had to deal with two hearings that were scheduled by two different Courts that required preparation, and in one case, testimonies, which had not been scheduled at the time I made the prior application for extension of time. Furthermore, in light of the fact that my Client has registered for the new academic year (on advise of Counsel), Counsel and Client are also discussing how best to proceed in light of the changed circumstances.

In light of the foregoing, Plaintiff respectfully requests that the Court grant her up to, and including September 6, 2026, within which to respond to Defendant's motion to dismiss the Amended Complaint.

Respectfully Submitted:

LAW OFFICES OF ANTHONY OFODILE
By: *Anthony C. Ofodile*
Anthony C. Ofodile, Esq.