UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
OLUFISAYO ATANDA-OGUNLEYE,

Index No. 26-cv-01734-JAV

Plaintiff,

v.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)A(I)**

ICAHN SCHOOL OF MEDICINE
AT MOUNT SINAI,

Defendant.
----------------------------------------------------x

Plaintiff, OLUFISAYO ATANDA-OGUNLEYE, by her Attorneys, LAW OFFICES of ANTHONY OFODILE, hereby dismisses the above captioned action, forthwith, without prejudice, pursuant to Rule 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure.

Dated : Brooklyn, New York
August 21, 2026

LAW OFFICES OF ANTHONY OFODILE
Attorneys for Olufisayo Atanda-Ogunleye

By: *Anthony C. Ofodile*
Anthony C. Ofodile, Esq.